① of ④

DAVID ELLEBY X CRIMINAL No:
Petitioner CCB-07-640 064

V. X

United States of America X

X X X X X

FILED ENTERED
LODGED RECEIVED
OCT 16 2017
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

Motion To Vacate Sentence (28 U.S.C. §2255)

Comes Now, David Elleby, the defendant, pro-se and respectfully moves that this Honorable Court to grant petitioner's motion to have his sentence vacated under the grounds of Ineffective Assistance of Counsel for the following violations...

Ground One:

① Counsel Justin Brown failed to protect petitioner's right not to be sentenced under the career offender guidelines.

Ground Two:

② Counsel Justin Brown failed to force the Government (AUSA Ms. Wilkinson) to producing certificate copies of relied upon prior convictions to prove that petitioner is in fact a career offender.

Ground Three:

③ Counsel Justin Brown failed to fully explain to petitioner the full





And serious collateral consequences of [Knowlying and Voluntarly pleading] to these terms of the new plea deal. Petitioner did not know that he was admitting to his prior convict-ions without first seeing the proper certified copies of the relied upon convictions.

Ground Four:

④ Counsel Justin Brown failed to argue at petitioner's sentencing hearing that petitioner's was entitled to a (3) point reduction for acceptance of responsibility.

Ground Five:

⑤ Counsel Justin Brown failed to ensure that petitioner recieved his promise in the plea agreement.

Ground Six:

⑥ Counsel Justin Brown failed to argue petitioner's criminal history during the sentencing hearing under the (3553) sentencing factors.

Ground Seven:

⑦ Counsel failed to object to [32, 31 And 36] of PSR.





## Conclusion

For the reasons stated above, All of Petitioner's claims under 28 U.S.C § 2255 should be granted and petitioner's should be resentenced without the career offender enhancements. Petitioner prays that this Honorable Court will remove the criminal history points from these prior convictions that the government relied upon without the proper (Plea Colloquy or Trial Transcripts) to prove that petitioner should've been sentenced as a Category IV offender and sentence within the guidelines.

## Request For Relief

Wherefore, Petitioner respectfully requests that this Honorable Court:

1. Vacate Petitioner's Prior Convictions
2. Force Government to provide proof of relied upon convictions.
3. Resentence petitioner without the Career Offender enhancement.
4. Erase points from Criminal History so petitioner can enter drug program.
5. Grant petitioner his (3) points for accepting responsibility.





Respectfully Submitted,

David G. Ellerby

David G. Ellerby #42755-037
Federal Correctional
Institution - Fort - Dix
P.O. Box 2000
Fort-Dix, New Jersey
08640

Date:
Oct. 8, 2017

## Certificate of Service

I hereby certify that on the 8 day of Oct, 2017, A copy of the foregoing Petition for 28 U.S.C. § 2255 was mailed to The United States Federal Court House 101 West Lombard Street, Baltimore Maryland 21201. Placed in mail at institution 28 U.S.C. § 1746 mailbox rule.

David G. Ellerby

Oct. 8, 2017

David Ellerby
#42755-037
Oct. 8, 2017

David G. Ellerby #42755-037
FCI - Fort Dix
P.O. Box 2000
Fort-Dix, New Jersey
08640

TRENTON NJ 085
12 OCT 2017 PM 3 L

United States Federal Courthouse
Clerk of Federal Court
101 West Lombard Street
Baltimore, Maryland
21201

21201-260599