```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        MAR   5 2018
        AT BALTIMORE
     CLERK U.S. DISTRICT COURT
       DISTRICT OF MARYLAND
BY _____ DEPUTY
```

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID G. ELLERBY, | * | |
| | * | Criminal No. CCB-07-064 |
| v. | * | Civil No. CCB-17-3026 |
| | * | |
| UNITED STATES | * | |

## ORDER

Federal prison inmate David Ellerby has clarified that he intended the motion filed on October 16, 2017 (ECF No. 293) to be treated as a motion to amend the presentence report rather than a motion to vacate under 28 USC § 2255. Accordingly, the motion to vacate is withdrawn. The Clerk shall CLOSE the civil case, and shall send a copy of this Order to Ellerby and counsel of record.

So Ordered this 15 day of March, 2018.

_____
Catherine C. Blake
United States District Judge